UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STOREY HOTEL MANAGEMENT GROUP, LLC d/b/a THE AMESWELL HOTEL, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-CV-01112-JAM-DB<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**<br><br>Complaint Filed   June 27, 2022<br>Trial Date:   None Set |

Having considered the Parties' Stipulation to Set Aside Clerk's Entry of Default, and good cause appearing therefore, the Stipulation is GRANTED.

**IT IS HEREBY ORDERED:**

1. The Court set aside the default entered by the Clerk in this matter; and
2. Defendants shall be permitted to file a responsive pleading within twenty-one (21) days of the Court's entry of an order on the Stipulation.

DATED: August 22, 2022　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE