Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for Defendant
STOREY HOTEL MANAGEMENT GROUP LLC

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STOREY HOTEL MANAGEMENT GROUP, LLC d/b/a THE AMESWELL HOTEL, a Delaware limited liability company, and DOES 1 to 10, inclusive<br><br>　　　　Defendant. | CASE NO.: 2:22-cv-01112-JAM<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:　　　December 6, 2022<br>Time:　　　1:30 p.m<br>Courtroom: 6, 14th floor<br>　　　　　　Sacramento Courthouse<br><br>Hon. John A. Mendez |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on December 6, 2022, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 6 the above-entitled court, Defendant Storey Hotel Management, LLC will and hereby does move does move to dismiss the Complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(1). All of the asserted claims arise from Plaintiff's visit to https://theameswellhotel.com/ (the "Website"), which Plaintiff claims fails to comply with the Americans with Disabilities Act and California's Unruh Civil Rights Act. However, Plaintiff – a serial ADA litigant – has utterly failed to plead sufficient facts to establish standing and this Court therefore lacks subject matter jurisdiction.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities, the Declaration of Craig Davis, the Request for Judicial Notice, all pleadings and documents on file herein, and on such other and further evidence as may be presented at or before the hearing on this matter.

Pursuant to this Court's Standing Order, counsel for Defendant requested to set up a time to confer with Plaintiff's counsel, Binyamin Manoucheri three times, on September 13, 14 and 15, but Mr. Manoucheri ignored each request to set a time to confer. However, this Motion to Dismiss is substantially similar to two other cases where Mr. Manoucheri and Mr. Stillman were counsel, on which Motions to Dismiss were granted on the same grounds as argued here, as the Complaints are virtually identical to this one. *See Downing v. SBE/Katsuya USA, LLC*, No. 2:21-cv-06058-ODW (KKx), 2022 U.S. Dist. LEXIS 63584 (C.D. Cal. Apr. 5, 2022) and *Alonzo v. Paradise Lessee*, Case No. 2:21-cv-08595-FMO-SK (C.D.Cal. May 17, 2022). Mr. Manoucheri and counsel for Defendant have thus conferred extensively on those motions, which Motions were ultimately granted.

///
///
///
///
///
///

1  WHEREFORE, Defendant respectfully requests that this Court grant Defendant's Motion to
2  Dismiss and dismiss the Complaint with prejudice and without leave to amend.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: October 26, 2022          By: _____
                                            Philip H. Stillman, Esq.
                                   Attorneys for Defendant STOREY HOTEL MANAGEMENT, LLC

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on October 26, 2022 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities, the Declaration of Craig Davis and the Request for Judicial Notice was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for Defendant
STOREY HOTEL MANAGEMENT GROUP LLC