1  Thiago M. Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  **WILSHIRE LAW FIRM, PLC**
   3055 Wilshire Blvd., 12th Floor
3  Los Angeles, California 90010
   Telephone: (213) 381-9988
4  Facsimile: (213) 381-9989

5  *Attorneys for Plaintiffs*
   FLOR JIMENEZ

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| FLOR JIMENEZ, an individual, | Case No. 2:22-cv-01112-JAM-SCR |
|---|---|
| Plaintiff, | *Assigned to Hon. Judge John A. Mendez* |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |
| STOREY HOTEL MANAGEMENT GROUP, LLC d/b/a THE AMESWELL HOTEL, a Delaware limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | FAC Filed:   October 3, 2022<br>Trial Date:   None Set |

STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Flor Jimenez ("Plaintiff") and Defendant Storey Hotel Management Group, LLC d/b/a The Ameswell Hotel ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court dismiss this action in its entirety with prejudice. Each party shall bear her or its own attorneys' fees and costs.

Respectfully submitted,

Dated: April 1, 2025 **WILSHIRE LAW FIRM**

/s/ *Thiago M. Coelho*
Thiago M. Coelho
*Attorney for Plaintiff*

Dated: April 1, 2025 **STILLMAN & ASSOCIATES**

/s/ *Philip H. Stillman (authorized on April 1, 2025)*
Philip H. Stillman
*Attorney for Defendant*