Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*
FLOR JIMENEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STOREY HOTEL MANAGEMENT GROUP, LLC d/b/a THE AMESWELL HOTEL, a Delaware limited liability company,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01112-JAM-SCR<br><br>*Assigned to Hon. Judge John A. Mendez*<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>FAC Filed:　　October 3, 2022<br>Trial Date:　　None Set |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Flor Jimenez ("Plaintiff") and Defendant Storey Hotel Management Group, LLC d/b/a The Ameswell Hotel ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court dismiss this action in its entirety with prejudice. Each party shall bear her or its own attorneys' fees and costs.

Respectfully submitted,

Dated: April 1, 2025                                **WILSHIRE LAW FIRM**

/s/ *Thiago M. Coelho*
Thiago M. Coelho
*Attorney for Plaintiff*

Dated: April 1, 2025                                **STILLMAN & ASSOCIATES**

/s/ *Philip H. Stillman (authorized on April 1, 2025)*
Philip H. Stillman
*Attorney for Defendant*

**ORDER**

The Court, having reviewed the stipulation and joint request submitted by Plaintiff Flor Jimenez and Defendant Storey Hotel Management Group, LLC d/b/a The Ameswell Hotel for dismissal with prejudice as to all of Plaintiff's claims in their entirety per Federal Rule of Civil Procedure 41(a), hereby **GRANTS** the stipulation as follows:

1. Plaintiff's claims are **DISMISSED with prejudice**; and
2. Each party shall bear her or its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 09, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE